**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DENVER FENTON ALLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:17-CV-301 (MTT)** |
| ) | |
| ) | |
| **CENTRAL STATE HOSPITAL, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that Plaintiff Denver Fenton Allen's motion to proceed *in forma pauperis* be denied and that his complaint be dismissed.  Doc. 9 at 1, 6.  The Magistrate Judge found Allen has filed at least three prior federal law suits that were dismissed as frivolous, malicious, or for failure to state a claim and, accordingly, that the "three strikes provision" of 28 U.S.C. 1915(g) bars him from proceeding IFP.  *Id.*  Further, the Magistrate Judge found Allen's generalized and vague allegations were insufficient to meet the imminent danger exception to the three strikes provision.  *Id.* at 6.  Allen objected to the recommendation, but, in that objection, Allen threatened the Court and law enforcement.  Doc. 10 at 3.  Therefore, the Court informed Allen that his objection would not be considered and ordered him to file a proper objection.[1]  Doc. 11.  Allen, however, failed to comply with the Court's order and has not filed a proper objection for the Court to consider.  And

_____

[1] Allen's complaint contained similar threats.  Doc. 1 at 11.

thus, absent a proper objection, the Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 9) is **ADOPTED** and made the order of this Court. Allen's motion to proceed IFP (Doc. 2) is **DENIED**, and his complaint (Doc. 1) is **DISMISSED without prejudice**. If he wishes to pursue his claim, Allen will need to refile paying the full filing fee. Alternatively, he may refile stating specific facts showing that, at his current place of confinement, he is under imminent danger of serious physical injury.[2]

**SO ORDERED**, this the 13th day of March, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[2] In his complaint, Allen stated he was confined to Central State Hospital and Baldwin State Prison, and his complaints related to his confinement there. *See generally* Doc. 1. However, Allen is now confined to Valdosta State Prison.